No. 18, Original. ILLINOIS *v.* MISSOURI. Motion for leave to file bill of complaint granted and State of Missouri allowed sixty days to answer. *William G. Clark,* Attorney General of Illinois, *Richard A. Michael,* Assistant Attorney General, and *Terence F. MacCarthy,* Special Assistant Attorney General, for plaintiff. *Norman H. Anderson,* Attorney General of Missouri, and *J. Gordon Siddens* and *Howard L. McFadden,* Assistant Attorneys General, for defendant. [For earlier orders herein, see 379 U. S. 952; *ante,* p. 901.]

No. 644. UNITED GAS IMPROVEMENT CO. *v.* CONTINENTAL OIL CO. ET AL.; and

No. 693. FEDERAL POWER COMMISSION *v.* MARR ET AL. C. A. 5th Cir. (Certiorari granted, 379 U. S. 958.) Motion of Southern California Gas Co. et al. for leave to file brief, as *amici curiae,* in Nos. 644 and 693 granted. Motion of State of California et al. for leave to file brief, as *amici curiae,* in No. 693 granted. *John Ormasa, L. T. Rice, J. David Mann, Jr.,* and *John E. Holtzinger, Jr.,* for Southern California Gas Co. et al. *Richard E. Tuttle* and *J. Calvin Simpson* for State of California et al.

No. 1023. UNITED STATES *v.* GUEST ET AL. Appeal from D. C. M. D. Ga. Motion of appellee Lackey for appointment of counsel granted and *Charles J. Bloch, Esquire,* of Macon, Georgia, a member of the Bar of this Court, appointed to serve as counsel for appellee Lackey in this case.

No. 981, Misc. SULLIVAN *v.* HEINZE, WARDEN;
No. 1002, Misc. LORENZANA *v.* RODRIGUEZ, WARDEN;
No. 1020, Misc. MORGAN *v.* UNITED STATES;
No. 1022, Misc. BUSH *v.* MAXWELL, WARDEN; and
No. 1029, Misc. GIBSON *v.* FLORIDA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.